```
                            United States Bankruptcy Court
                              Middle District of Florida
In re:                                                              Case No. 17-03666-PMG
Derick R. Edge                                                      Chapter 13
Amy K. Edge
        Debtors                     CERTIFICATE OF NOTICE
District/off: 113A-3          User: smithr                  Page 1 of 2                  Date Rcvd: Oct 20, 2017
                              Form ID: 309I                 Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2017.
```
db/jdb         +Derick R. Edge,   Amy K. Edge,   5274 NW Falling Creek Road,   White Springs, FL 32096-7635
27205718      ++CHOICE RECOVERY INC,   1550 OLD HENDERSON ROAD,   STE 100,   COLUMBUS OH 43220-3662
                (address filed with court: Choice Recovery Inc,   1550 Old Henderson Rd,   Ste 100,
                Columbus, OH 43220)
27205715       +Carol A. Provost,   5274 NW Falling Creek Road,   White Springs, FL 32096-7635
27205719       +Citibank/Sears,   Citicorp Credit Services,   Po Bopx 790040,   Saint Louis, MO 63179-0040
27205720       +Citizens Bank,   Attention: ROP-15B,   1 Citizens Drive,   Riverside, RI 02915-3019
27205708       +Columbia County Tax Collector,   135 NE Hernando Ave, Ste 125,   Lake City FL 32055-4004
27205725        Dynamic Recovery Solutions,   Post Office Box,   Greenville, SC 29616-0759
27205726       +First National Bank,   Attn: FNN Legal Dept,   1620 Dodge St Mailstop,   Code 3290,
                Omaha, NE 68102-1593
27205727       +Melanie Holden, DMD,   255 SW Main Blvd,   Lake City, FL 32025-7050
27205729       +Oac,   Attn: Bankruptcy,   Po Box 500,   Baraboo, WI 53913-0500
27205732       +Pnc Bank,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
27205733        Re-Novate,   PO Box 33802,   Detroit, MI 48232-5802
27205735        State of Florida - CSE,   Post Office Box 6668,   Tallahassee, FL 32314-6668
27205748       +Tdrcs/re-novate,   1000 Macarthur Blvd,   Mahwah, NJ 07430-2035
27205710       +United States Attorney,   300 North Hogan St Suite 700,   Jacksonville, FL 32202-4204
27205749      ++VYSTAR CREDIT UNION,   PO BOX 45085,   JACKSONVILLE FL 32232-5085
                (address filed with court: Vystar Credit Union,   4441 Wesconnett Bv,   Jacksonville, FL 32210)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: awc@chaunceylaw.com Oct 20 2017 22:27:24     Anthony W. Chauncey,
                The Chauncey Law Firm, PA,   Post Office Box 548,   Live Oak, FL  32064
tr             +E-mail/Text: COURT@CH13JAXFL.COM Oct 20 2017 22:28:46     Douglas W. Neway,   P O Box 4308,
                Jacksonville, FL 32201-4308
ust            +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Oct 20 2017 22:28:03
                United States Trustee - JAX 13/7, 7,   Office of the United States Trustee,
                George C Young Federal Building,   400 West Washington Street, Suite 1100,
                Orlando, FL 32801-2210
27205712       +EDI: PHINAMERI.COM Oct 20 2017 22:23:00      AmeriCredit/GM Financial,   Po Box 183853,
                Arlington, TX 76096-3853
27205713       +EDI: CAPITALONE.COM Oct 20 2017 22:23:00      Capital One,   Attn: Bankruptcy,   Po Box 30253,
                Salt Lake City, UT 84130-0253
27205714       +EDI: CAPITALONE.COM Oct 20 2017 22:23:00      Capital One / Yamaha,
                Attn: General Correspondence,   Po Box 30285,   Salt Lake City, UT 84130-0285
27205717       +EDI: CAUT.COM Oct 20 2017 22:23:00      Chase Auto Finance,   National Bankruptcy Dept,
                201 N Central Ave,   Ms Az1-1191,   Phoenix, AZ 85004-8001
27205721       +EDI: CCUSA.COM Oct 20 2017 22:23:00      Credit Coll USA,   Ccusa,   16 Distributor Dr Ste 1,
                Morgantown, WV 26501-7209
27205723       +EDI: RCSFNBMARIN.COM Oct 20 2017 22:23:00      Credit One Bank Na,   Po Box 98873,
                Las Vegas, NV 89193-8873
27205724       +EDI: DISCOVER.COM Oct 20 2017 22:23:00      Discover Financial,   Po Box 3025,
                New Albany, OH 43054-3025
27205709        EDI: FLDEPREV.COM Oct 20 2017 22:23:00      Florida Dept. of Revenue,   Bankruptcy Unit,
                P.O. Box 6668,   Tallahassee, FL 32314-6668
27205711        EDI: IRS.COM Oct 20 2017 22:23:00      Internal Revenue Service,   PO Box 7346,
                Philadelphia, PA  19101-7346
27205728       +E-mail/Text: pfsbankruptcy@moffitt.org Oct 20 2017 22:27:31     Moffitt Cancer Center,
                12902 USF Magnolia Drive,   Tampa, FL 33612-9416
27205734       +EDI: WFFC.COM Oct 20 2017 22:23:00      Splash Card/WFFNB,   Attn: Bankruptcy,   P.O. Box 10475,
                Des Moines, IA 50306-0475
27205736       +EDI: RMSC.COM Oct 20 2017 22:23:00      Synchrony Bank/ JC Penney,   Attn: Bankruptcy,
                Po Box 965060,   Orlando, FL 32896-5060
27205737       +EDI: RMSC.COM Oct 20 2017 22:23:00      Synchrony Bank/ JC Penneys,   Attn: Bankruptcy,
                Po Box 965060,   Orlando, FL 32896-5060
27205738       +EDI: RMSC.COM Oct 20 2017 22:23:00      Synchrony Bank/Lowes,   Attn: Bankruptcy,
                Po Box 965060,   Orlando, FL 32896-5060
27205739       +EDI: RMSC.COM Oct 20 2017 22:23:00      Synchrony Bank/Walmart,   Attn: Bankruptcy,
                Po Box 965060,   Orlando, FL 32896-5060
27205740       +EDI: TDBANKNORTH.COM Oct 20 2017 22:23:00      Td Banknorth,   Attn: Bankruptcy,   Po Box 1190,
                Lewston, ME 04243-1190
27205745       +EDI: TDBANKNORTH.COM Oct 20 2017 22:23:00      Td Banknorth Mortgage,
                Attn: Bankruptcy Department,   Po Box 1190,   Lewiston, ME 04243-1190
27205750        E-mail/Text: collectionsoperationsgroup@vystarcu.org Oct 20 2017 22:28:34
                Vystar Credit Union,   Po Box 45085,   Jacksonville, FL 32232
                                                                                              TOTAL: 21
```

```
District/off: 113A-3                   User: smithr                  Page 2 of 2                   Date Rcvd: Oct 20, 2017
                                       Form ID: 309I                 Total Noticed: 37
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27205716*       +Carol A. Provost,    5274 NW Falling Creek Road,    White Springs, FL 32096-7635
27205722*       +Credit Coll USA,    Ccusa,   16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
27205730*       +Oac,   Attn: Bankruptcy,    Po Box 500,    Baraboo, WI 53913-0500
27205731*       +Oac,   Attn: Bankruptcy,    Po Box 500,    Baraboo, WI 53913-0500
27205741*       +Td Banknorth,    Attn: Bankruptcy,    Po Box 1190,    Lewston, ME 04243-1190
27205742*       +Td Banknorth,    Attn: Bankruptcy,    Po Box 1190,    Lewston, ME 04243-1190
27205743*       +Td Banknorth,    Attn: Bankruptcy,    Po Box 1190,    Lewston, ME 04243-1190
27205744*       +Td Banknorth,    Attn: Bankruptcy,    Po Box 1190,    Lewston, ME 04243-1190
27205746*       +Td Banknorth Mortgage,    Attn: Bankruptcy Department,    Po Box 1190,    Lewiston, ME 04243-1190
27205747*       +Td Banknorth Mortgage,    Attn: Bankruptcy Department,    Po Box 1190,    Lewiston, ME 04243-1190
                                                                                               TOTALS: 0, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
              Anthony W. Chauncey    on behalf of Debtor Derick R. Edge awc@chaunceylaw.com,
               spc@chaunceylaw.com;chaunceylawfirm@gmail.com
              Anthony W. Chauncey    on behalf of Joint Debtor Amy K. Edge awc@chaunceylaw.com,
               spc@chaunceylaw.com;chaunceylawfirm@gmail.com
              Douglas W. Neway    court@ch13jaxfl.com,
               courtdailysummary@ch13jaxfl.com;mbrown@ch13jaxfl.com;filings@ch13jaxfl.com
              United States Trustee - JAX 13/7, 7   USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Derick R. Edge** | Social Security number or ITIN | xxx–xx–7000 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Amy K. Edge** | Social Security number or ITIN | xxx–xx–7614 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Florida** | Date case filed for chapter 13 | 10/18/17 |
| Case number: | **3:17–bk–03666–PMG** | | |

Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                                           12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Derick R. Edge | Amy K. Edge |
| 2. | **All other names used in the last 8 years** | | fka Amy K. Henges |
| 3. | **Address** | 5274 NW Falling Creek Road<br>White Springs, FL 32096 | 5274 NW Falling Creek Road<br>White Springs, FL 32096 |
| 4. | **Debtor's attorney**<br>Name and address | Anthony W. Chauncey<br>The Chauncey Law Firm, PA<br>Post Office Box 548<br>Live Oak, FL 32064 | Contact phone (386) 364–4445<br><br>Email: awc@chaunceylaw.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Douglas W. Neway<br>P O Box 4308<br>Jacksonville, FL 32201 | Contact phone 904–358–6465 |
| 6. | **Bankruptcy Clerk's Office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 300 North Hogan Street Suite 3–150<br>Jacksonville, FL 32202 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 904–301–6490<br><br>Date: October 20, 2017 |

**For more information, see page 2**

Official Form 309I                         **Notice of Chapter 13 Bankruptcy Case**                         page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **November 20, 2017 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. *** | **Location:**<br>FIRST FLOOR, 300 North Hogan St. Suite 1–200, Jacksonville, FL 32202 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: January 19, 2018** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: February 20, 2018** |
| | **Deadline for governmental units to file a proof of claim:** | **For a governmental unit: 180 days from the date of filing** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed online at the Court's website at www.flmb.uscourts.gov, or obtained at www.uscourts.gov or at any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br>**Attention Mortgage Holders:** Attachments to your Proof of Claim may be required by changes to Rule 3001. Forms and attachments are available at at www.uscourts.gov. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan, hearing on confirmation of plan** | The plan or a summary of the plan will be sent separately. The initial confirmation hearing will be held on:<br>**January 2, 2018** at **09:30 AM**, Location: **300 North Hogan Street, 4th Floor – Courtroom 4A, Jacksonville, FL 32202**<br><br>The confirmation hearing may be continued upon announcement made in open court and reflected on the docket without further written notice.<br>Local Rule 5073–1 restricts the entry of electronic devices and mobile phones into the Courthouse. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |
| **14. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. | |