UNITED STATES BANKRUTPCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

IN RE:                                                                                  Case No: 3:17-BK-03666-PMG

DERICK R. EDGE and
AMY K. EDGE
                  Debtors
_____/

PROOF OF SERVICE

I hereby certify a true and correct copy of the **Order Confirming Chapter 13 Plan**, **Docket Number 51**, was served by electronic transmission, facsimile transmission and/or U.S. Mail on June 19, 2018 on the parties indicated on said order.

                  By /s/ Douglas W. Neway
                  Douglas W. Neway
                  Chapter 13 Standing Trustee
                  Florida Bar No. 0709948
                  P. O. Box 4308
                  Jacksonville, Florida 32201-4308
                  Telephone:   (904) 358-6465
                  FAX:            (904) 634-0038

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:17-bk-03666-PMG<br>Middle District of Florida<br>Jacksonville<br>Tue Jun 19 08:41:54 EDT 2018 | Cavalry SPV I, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, AZ 85712-1083 | Amy K. Edge<br>5274 NW Falling Creek Road<br>White Springs, FL 32096-7635 |
| Derick R. Edge<br>5274 NW Falling Creek Road<br>White Springs, FL 32096-7635 | AmeriCredit/GM Financial<br>Po Box 183853<br>Arlington, TX 76096-3853 | Capital One<br>Attn: Bankruptcy<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 |
| Capital One / Yamaha<br>Attn: General Correspondence<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Carol A. Provost<br>5274 NW Falling Creek Road<br>White Springs, FL 32096-7635 | Cavalry Spv I, LLC -<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road Suite 200<br>Tucson, AZ 85712-1083 |
| Chase Auto Finance<br>National Bankruptcy Dept<br>201 N Central Ave<br>Ms Az1-1191<br>Phoenix, AZ 85004-8001 | (p)CHOICE RECOVERY INC<br>1550 OLD HENDERSON ROAD<br>STE 100<br>COLUMBUS OH 43220-3662 | Citibank/Sears<br>Citicorp Credit Services<br>Po Bopx 790040<br>Saint Louis, MO 63179-0040 |
| Citizens Bank<br>Attention: ROP-15B<br>1 Citizens Drive<br>Riverside, RI 02915-3035 | Citizens Bank N.A. -<br>1 Citizens Drive Mailstop ROP15B<br>Riverside, RI 02915-3026 | Columbia County Tax Collector -<br>135 NE Hernando Ave, Ste 125<br>Lake City FL 32055-4004 |
| Credit Coll USA<br>Ccusa<br>16 Distributor Dr Ste 1<br>Morgantown, WV 26501-7209 | Credit One Bank Na<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Discover Bank -<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 | Dynamic Recovery Solutions<br>Post Office Box<br>Greenville, SC 29616-0759 | First National Bank<br>Attn: FNN Legal Dept<br>1620 Dodge St Mailstop<br>Code 3290<br>Omaha, NE 68102-1593 |
| First National Bank of Omaha -<br>1620 Dodge Street, Stop code 3105<br>Omaha, NE 68197-0002 | Florida Dept. of Revenue -<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Internal Revenue Service -<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| LVNV Funding, LLC its successors and assigns<br>assignee of MHC Receivables, LLC and<br>FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Melanie Holden, DMD<br>255 SW Main Blvd<br>Lake City, FL 32025-7050 | Moffitt Cancer Center -<br>12902 USF Magnolia Drive<br>Tampa, FL 33612-9416 |
| Oac<br>Attn: Bankruptcy<br>Po Box 500<br>Baraboo, WI 53913-0500 | Pnc Bank<br>2730 Liberty Ave<br>Pittsburgh, PA 15222-4747 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for -<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Re-Novate<br>PO Box 33802<br>Detroit, MI 48232-5802 | Splash Card/WFFNB<br>Attn: Bankruptcy<br>P.O. Box 10475<br>Des Moines, IA 50306-0475 |
| State of Florida - CSE<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 | Synchrony Bank/ JC Penney<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | TD Retail Card Services -<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 |
| TLGFY, LLC -<br>PO Box 54347<br>New Orleans, LA 70154-4347 | (p)TD BANKNORTH NA<br>70 GRAY ROAD<br>FALMOUTH ME 04105-2299 | Tdrcs/re-novate<br>1000 Macarthur Blvd<br>Mahwah, NJ 07430-2035 |
| United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | (p)VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 | United States Trustee - JAX 13/7 7 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Douglas W. Neway +<br>P O Box 4308<br>Jacksonville, FL 32201-4308 | Anthony W. Chauncey +<br>The Chauncey Law Firm, PA<br>Post Office Box 548<br>Live Oak, FL 32064-0548 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Choice Recovery Inc<br>1550 Old Henderson Rd<br>Ste 100<br>Columbus, OH 43220 | Portfolio Recovery Associates, LLC -<br>POB 41067<br>Norfolk VA 23541 | Td Banknorth<br>Attn: Bankruptcy<br>Po Box 1190<br>Lewston, ME 04243 |
| (d)Td Banknorth Mortgage<br>Attn: Bankruptcy Department<br>Po Box 1190<br>Lewiston, ME 04243 | Vystar Credit Union<br>4441 Wesconnett Bv<br>Jacksonville, FL 32210 | (d)Vystar Credit Union -<br>Po Box 45085<br>Jacksonville, FL 32232 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Paul M. Glenn
Jacksonville

(d)Columbia County Tax Collector +
135 NE Hernando Ave, Ste 125
Lake City, FL 32055-4004

(u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the name have filed a claim in this case

**End of Label Matrix**
Mailable recipients    46
Bypassed recipients     3
Total                  49